AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

<span style="color:red">RECEIVED
4/30/2026
10:14 AM
U.S. MARSHALS
W/ARKANSAS</span>

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | No. 5:26-CR-50027 |
| | ) | |
| Heather Merie Beckstein | ) | <span style="color:red">SEALED</span> |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay __HEATHER MERIE BECKSTEIN__, who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

<u>One Count</u>- 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) Possession with Intent to Distribute more than 50 grams of methamphetamine

Date:      04/29/2026

*Ty Caldwell*
Issuing officer's signature

City and state: Fort Smith, Arkansas

Ronald E. Dowling, U.S. Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/30/2026 , and the person was arrested on *(date)* 5/20/2026
at *(city and state)* Fayetteville, AR (Washington County Detention Center)

Date: 5/20/2026

*Dustin Chastain, DUSM by Cassandra Vega, IA*
Arresting officer's signature

Dustin Chastain, DUSM by Cassandra Vega, IA
*Printed name and title*

***Subject picked up on Writ from Washington County Detention Center***